**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: November 20 2009

Mary Ann Whipple
United States Bankruptcy Judge

BK0905260
SK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT TOLEDO

| | |
|---|---|
| IN RE: | Case No. 09-36180 |
| Eric Scott Eaches<br>Samantha Nicole Eaches | Chapter 7 |
| Debtors | Judge Whipple |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT<br>PROPERTY LOCATED AT (359 LINCOLN AVENUE,<br>MOUNT GILEAD, OH 43338)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A..

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the

1

Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 359 Lincoln Avenue, Mount Gilead, OH 43338.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**


/s/ Michael R Proctor, Case Attorney
Ohio Supreme Court #0076240
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100, ext. 3224
(513) 354-6464 fax
bkynoh@lsrlaw.com

Copies to:

Eric Scott Eaches - Debtor
133 Center Street
Caledonia, OH 43314
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Samantha Nicole Eaches - Debtor
133 Center Street
Caledonia, OH 43314
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Bruce C. French - Trustee
P.O .Box 839
Room 411
Lima, OH 45802-0839
b-french@onu.edu
VIA ELECTRONIC SERVICE

HSBC/MS- Creditor
P.O. Box 9068
Brandon, FL 33509
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Larry N Heiser, Esq. - Attorney for Debtors
284 S State St
Marion, OH 43302
lnheiser@aol.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Michael R Proctor, Esq. - Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE